1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8

9    DEE V. TOWLES,

10           Petitioner,                        Case No. 3:13-cv-00576-RCJ-WGC

11   vs.                                        **ORDER**

12   WARDEN BACA, et al.,

13           Respondents.

14

15          The court denied petitioner's application to proceed in forma pauperis and directed petitioner

16   to pay the filing fee of $5.00.  Order (#3).  Petitioner responded with a letter (#4) stating that he has

17   submitted the paperwork to the prison officials for payment.  More than two months have passed

18   since the court has received the letter, and the court has received neither the filing fee nor any

19   explanation why petitioner is unable to pay the filing fee.  The court will dismiss the action.  The

20   court makes no comment whether a subsequently filed action will be timely.

21          Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the

22   court will not issue a certificate of appealability.

23          IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for

24   petitioner's failure to pay the filing fee.

25   ///

26   ///

27   ///

28   ///

1       IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2       Dated: This 17th day of January, 2014.

3

4       _____

5       ROBERT C. JONES
        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28