# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEE V. TOWLES,

    Petitioner,

vs.

WARDEN BACA, et al.,

    Respondents.

Case No. 3:13-cv-00576-RCJ-WGC

**ORDER**

    The court dismissed this action for non-payment of the filing fee. Order (#5). Petitioner has submitted a motion to reconsider (#6). A review of the court's records shows that petitioner did indeed pay the filing fee on time, but that receipt of the fee was not docketed.

    IT IS THEREFORE ORDERED that petitioner's motion to reconsider (#6) is **GRANTED**. The order dismissing this action (#5) is **VACATED**, and this action is **REINSTATED**.

    Dated: February 18, 2014.

                                          ROBERT C. JONES
                                          United States District Judge